UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20269-CR-COOE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DOMINGO REYES,

        Defendant.
_____/

## FORFEITURE MONEY JUDGMENT

THIS CAUSE is before the Court upon motion of the United States of America (hereafter "United States" or "Government") for entry of a forfeiture money judgment against Domingo Reyes (hereafter "Defendant"), in accordance with 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  Being fully advised in the premises the Court finds as follows:

On or about April 9, 2018, a grand jury sitting in the Southern District of Florida returned an indictment, charging Defendant and others with access device fraud, in violation of 18 U.S.C. § 1029, and aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1).  Indictment, ECF No. 3.

The Indictment further provided that upon conviction of one or more access device fraud offenses, as alleged in the Indictment, the Defendant would forfeit to the United States any property, which constitutes or is derived from proceeds traceable to the access device fraud offenses. *Id.* at Page 10.

On March 4, 2019, Defendant pled guilty to Count One of the Indictment, charging him

with access device fraud, in violation of 18 U.S.C. § 1029. Minute Entry 03/04//2019. In his plea agreement, Defendant consented to the entry of a forfeiture money judgment. *See* Domingo Reyes Plea Agreement, ECF No. 289, ¶ 16 at Page 8.

According to Defendant's factual proffer, between in or around 2014 and in or around 2018, the Defendant participated in a multi-state credit card and money laundering conspiracy. Domingo Reyes Factual Proffer, ECF No. 288, at Page 1. Defendant used fictitious identity documents obtained by his co-conspirators as forms of identification when he picked up mail items or made purchases using the fraudulently obtained credit cards, and also, generally, to hide his true identity. *Id.* Defendant traveled to multiple states, at his co-conspirators direction, to pick up fraudulently obtained credit cards and goods that had been sent through the mail. *Id.* at Page 3. Reyes admitted that the losses attributable to his involvement in the access device fraud conspiracy was between $95,000.00 and $150,000.00.

Therefore, upon motion of the United States, and for good cause shown thereby, it is hereby **ORDERED** that:

1. The United States' Motion for Entry of a Forfeiture Money Judgment is **GRANTED**;

2. A forfeiture money judgment in the amount of $95,000.00 is hereby entered against the Defendant, pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2 of the Federal Rules of Criminal Procedure;

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence of the Court and included in the judgment in this cause;

4. The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify or locate property ordered forfeited herein;

5. The United States District Court shall retain jurisdiction in this matter for the purpose of enforcing this judgment; and

6. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office, Southern District of Florida, Asset Forfeiture Division, 99 N.E. 4th Street, Miami, Florida 33132, Attention: Assistant United States Attorney Nicole Grosnoff.

**DONE and ORDERED** in Chambers, in Miami, Florida this 31st day of May 2019.

_____
MARCIA G. COOKE
United States District Judge